**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

3:26-cr-142/TKW

**JEFFREY BENJAMIN BANKS**

_______________________________/

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about February 20, 2026, in the Northern District of Florida, the defendant,

**JEFFREY BENJAMIN BANKS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

Returned in open court pursuant to Rule C(f)

8/18/26

Date

United States Magistrate Judge

FILED USDC FLND PN
AUG 18 '26 PM3:09

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(C).

Enhanceable Prior Convictions

On or about January 22, 2007, **JEFFREY BENJAMIN BANKS** was convicted in the State of Florida of a serious drug felony, that is, Possession of Controlled Substance With Intent to Sell or Deliver, Trafficking a Controlled Substance, and Drug Offense Within 1000 Feet of a School or Church (two counts), an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment within fifteen years of the commencement of the offense charged in this count.

On or about September 23, 2021, **JEFFREY BENJAMIN BANKS** was convicted in the State of Florida of a serious drug felony, that is, Possession with Intent to Sell Manufacture Meth, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment within fifteen years of the commencement of the offense charged in this count.

## COUNT TWO

On or about April 16, 2026, in the Northern District of Florida, the defendant,

**JEFFREY BENJAMIN BANKS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers; and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

Enhanceable Prior Convictions

On or about January 22, 2007, **JEFFREY BENJAMIN BANKS** was convicted in the State of Florida of a serious drug felony, that is, Possession of Controlled Substance With Intent to Sell or Deliver, Trafficking a Controlled Substance, and Drug Offense Within 1000 Feet of a School or Church (two counts), an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and for which he was

released from service of a term of imprisonment within fifteen years of the commencement of the offense charged in this count.

On or about September 23, 2021, **JEFFREY BENJAMIN BANKS** was convicted in the State of Florida of a serious drug felony, that is, Possession with Intent to Sell Manufacture Meth, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment within fifteen years of the commencement of the offense charged in this count.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Two punishable by imprisonment for more than one year, the defendant,

**JEFFREY BENJAMIN BANKS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

[redacted]

FOREPERSON

8/18/2026

DATE

JOHN P. HEEKIN
United States Attorney

JESSICA S. ETHERTON
Assistant United States Attorney

ALICIA H. FORBES
Assistant United States Attorney