**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.:** 3:26-cr-142|TKW

**JEFFREY BENJAMIN BANKS**

______________________________/

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America respectfully shows unto the Court: An Indictment is pending in this Court against **JEFFREY BENJAMIN BANKS** in the above-styled case. The defendant is now confined in the custody of the Warden, Santa Rosa County Jail, Milton, Florida. It is necessary to have said defendant before this Court for first appearance to be set at the Court's convenience and for all subsequent prosecution proceedings to follow.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any Drug Enforcement Administration agent or United States Marshal to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above specified for all proceedings in this case and upon completion of the case to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge



FILED USDC FLND PN
AUG 18 '26 PM3:09

to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

This 18th day of August, 2026.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

/s/ Alicia H. Forbes
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov